**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*
*517 E. Wisconsin Ave, Rm 530*
*Milwaukee WI 53202*

*(414)297-1700*
*Fax (414) 297-1738*
*www.justice.gov/usao/wie*

September 4, 2026

The Honorable Pamela Pepper
United States District Chief Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

Re: *United States v. Lakisha Ducksworth*, 23-CR-0008 (PP)

Dear Chief Judge Pepper:

This letter is intended to provide the Court with an update regarding the current status of the case for defendant Lakisha Ducksworth. The parties apologize that this letter is filed a day after the court's deadline.

Both co-defendants entered guilty pleas and are awaiting sentencing in October and November 2026. Attorney Pruhs and undersigned counsel had hoped to have more fulsome discussions regarding resolution since the last status update; however, Attorney Pruhs was out of the country for an extended period of time. The parties are jointly requesting another status report deadline in 45 days in order to further discuss resolution of Lakisha Ducksworth's case.

Respectfully Submitted,

*s/ Margaret B. Honrath*
MARGARET B. HONRATH
ABBEY M. MARZICK
Assistant United States Attorneys
United States Attorney's Office - EDWI
517 East Wisconsin Avenue, Ste. 530
Milwaukee, Wisconsin 53202
Phone: (414) 297-1582
Email: Margaret.Honrath@usdoj.gov